IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES C. WINDING                                                       PLAINTIFF

VS.                                  CIVIL ACTION NO. 4:12cv4-FKB

CHRISTOPHER DYKES et al.                                    DEFENDANTS

### MEMORANDUM & OPINION

James C. Winding is a state prisoner incarcerated at East Mississippi Correctional Facility (EMCF). He brought this action pursuant to § 1983 alleging that a prison official retaliated against him by threatened to kill him if he persisted in prosecuting a lawsuit against him. A *Spears*[1] hearing has been held, and the parties have consented to jurisdiction by the undersigned.

In his testimony at the *Spears* hearing, Plaintiff admitted that he has failed to complete the Administrative Remedies Program (ARP) process for this claim. He stated that although he has filed an ARP grievance, the grievance is still in "backlog" because of the number of prior grievances filed by him which remain pending.

The Prison Litigation Reform Act (PLRA) requires an inmate to exhaust administrative remedies before bringing an action with respect to prison conditions. 42 U.S.C. § 1997(e). The PLRA's exhaustion requirement is mandatory and "applies to all inmate suits about prison life, whether they involve general circumstances or particular episodes." *Porter v. Nussle*, 534 U.S. 516, 532 (2002). Dismissal is appropriate where an inmate has failed to meet the exhaustion requirement. *Alexander v. Tippah Cnty.*,

---

[1] *See Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985).

*Miss.*, 351 F.3d 626, 630 (5th Cir. 2003).

For this reason, this action is dismissed without prejudice so that Plaintiff may be pursue his administrative remedies. A separate judgment will be entered.

SO ORDERED this the 5th day of June, 2012.

/s/ F. Keith Ball
_____
UNITED STATES MAGISTRATE JUDGE